UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80054-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ADRIAN HENDERSON,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 92], dated July 14, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will set by separate notice.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 22nd day of July, 2014.

**copy furnished:**
AUSA Lauren E. Jorgensen
AFPD Robert E. Adler
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge